IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

WEST PAVING
AND DEVELOPMENT CORP.   Case Number 11-02219(MCF)

Debtor   Chapter 11

### DEBTOR'S MOTION IN COMPLIANCE WITH 11 U.S.C. SECTION 1116(1) (A)

TO THE HONORABLE COURT:

COMES NOW, Debtor, WEST PAVING AND DEVELOPMENT CORP., through the undersigned attorney and respectfully states and prays:

1. Debtor filed this petition for relief under Chapter 11 of the Bankruptcy Code on March 16, 2011.

2. Debtor's financial circumstances fall within the purview of Section 101(51D) of the Bankruptcy Code as a "small business debtor".

3. In accordance with the provisions of 11 U.S.C. Section 1116(1) (A), "a small business Debtor" is compelled to append to the voluntary petition certain financial information and documents.

4. Debtor herein certifies compliance with the statutory requirements of Section 1116 (1) (A) and includes the following documents: Exhibit A: Copy of the Financial Statement for year 2008 and 2009. Exhibit B: Copy of the Financial Statement for year 2010 until the month of September. Exhibit C: Copy of the Corporate Tax Return for year 2008. Exhibit D: Copy of Corporate Tax Return for year 2009.

5. The Corporate Tax Return for year 2010 will be promptly completed, filed at the Puerto

1

Rico Treasury Department and submitted to the Court in a Motion to supplement this Motion in Compliance with section 1116 (1) (A). The Financial Statement for year 2010 will be completed and will also be submitted to the Court.

**WHEREFORE**, Debtor respectfully prays for this Honorable Court to take notice of compliance with Section 1116 (1) (A) of the Bankruptcy Code.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY:** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all registered participants.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico this 25th day of March 2011.

S/ Mª Mercedes Figueroa y Morgade
Mª Mercedes Figueroa y Morgade
USDC-PR 207108
3415 Avenida Alejandrino
Box 703
Guaynabo, PR 00969-4956
Tel 787/234-3981
figueroaymorgadelaw@yahoo.com

2