IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

WEST PAVING
AND DEVELOPMENT CORP.                    Case Number 11-02219(MCF)

Debtor                                                            Chapter 11

## MOTION SUBMITTING DOCUMENTS

TO THE HONORABLE COURT:

**COMES NOW**, Debtor, by the undersigned counsel to respectfully state and pray:

1. Debtor filed the captioned bankruptcy petition on March 16, 2011.
2. During the meeting of creditors held in this case, the US Trustee determined that amendments and corrections to the schedules had to be undertaken: particularly; Schedules A, B, D, H and G.
3. Debtor specifically herein complies with the amended Schedules A, B, D, G and H as well as the Declaration Concerning Debtor's Schedules and attaches these documents as Exhibit A is Amended Schedule A; Exhibit B is Amended Schedules B, D, G and H and Exhibit C is the Amended Declaration Concerning Debtor's Schedules.
4. The corresponding filing fee was complied with as per CM/ECF docket entry number 42.

**WHEREFORE**, Debtor respectfully requests from the Honorable Court to take notice of this Motion Submitting Documents.

## CERTIFICATE OF SERVICE

I hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notice of this filing to the US Trustee and all registered participants.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 14th day of June 2011.

*S/ Mª Mercedes Figueroa y Morgade*

Mª Mercedes Figueroa y Morgade
USDC-PR 207108
3415 Avenida Alejandrino
Box 703
Guaynabo, PR 00969-4956
Tel 787-234-3981
figueroaymorgadelaw@yahoo.com

2